# EXHIBIT A

**Defendant:** New HoldCo
**Creditor ID:** NH006
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| New HoldCo | | $14,564.50 | 9/11/2024 | 37268 | 8/1/2024 | $14,564.50 |
| | | $14,099.50 | 10/15/2024 | 37838 | 9/1/2024 | $14,099.50 |
| | | $13,800.50 | 11/3/2024 | PRE38532 | 10/2/2024 | $13,800.50 |
| **Total Transfers** | **3** | **$42,464.50** | | | | **$42,464.50** |